FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AVILA,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER, Warden,<br><br>    Respondent. | NO. ED CV 05-0447 JFW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _3/19_, 2008.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE